**Alpha K. SCHMIDT, Appellant,**

v.

**Wilbert R. SCHMIDT, Appellee.**

**No. 2035.**

Municipal Court of Appeals for the District of Columbia.

Argued Aug. 5, 1957.

. Decided Aug. 8, 1957.

J. Benjamin Simmons, Washington, D. C., with whom Harry L. Horton, Washington, D. C., was on the brief, for appellant.

Anna F. Nacrelli, Washington, D. C., entered an appearance for appellee.

Before ROVER, Chief Judge, HOOD, Associate Judge, and CAYTON (Chief Judge, Retired) sitting by designation under Code, § 11–776(b).

PER CURIAM.

In this action for a divorce on the ground of desertion, the trial court ruled that corroboration was required as a matter of law. For the reasons set forth in Schroeder v. Schroeder, D.C.Mun.App., 133 A.2d 470, such ruling was erroneous and requires reversal.

Reversed with instructions to grant a new trial.